## EVANGEL INTERNATIONAL FOODS INC
### Balance Sheet
As of December 31, 2018

| | | |
|---|---|---:|
| **ASSETS** | | |
| | **Current Assets** | |
| | | Checking/Savings |
| | | Bank of America    20,976.00 |
| | | Lone Star Bank    25.00 |
| | **Total Checking/Savings** | 21,001.00 |
| | | |
| | Accounts Receivable | |
| | | Accounts Receivable    0.00 |
| | **Total Accounts Receivable** | 0.00 |
| | | |
| | Other Current Assets | |
| | | Inventory    67,637.00 |
| | **Total Other Current Assets** | 67,637.00 |
| **Total Current Assets** | | 88,638.00 |
| | | |
| | Fixed Assets | |
| | | Automobile    26,729.00 |
| | | Bissonnet Equipment & Fixtures    20,006.00 |
| | | Bread Equipment    11,000.00 |
| | | Building    690,000.00 |
| | | Fisheries Equipment    132,000.00 |
| | | Forklift    5,014.00 |
| | | Furniture and Equipment    6,058.00 |
| | | Garri Milling Machine    4,008.00 |
| **Total Fixed Assets** | | 894,815.00 |
| | | |
| **TOTAL ASSETS** | | **983,453.00** |
| | | |
| **LIABILITIES & EQUITY** | | |
| | Liabilities | |
| | | Current Liabilities |
| | | Loan Payable (Lone Star)    45,897.00 |
| | **Total Current Liabilities** | 45,897.00 |
| | | |
| | | Long Term Liabilities |
| | | Lone Star Auto Truck    0.00 |
| | | Lone Star Building    479,103.00 |
| | | Shareholder's Loan    289,274.00 |
| | **Total Long Term Liabilities** | 768,377.00 |
| | | |
| **Total Liabilities** | | 814,274.00 |
| | Equity | |
| | | Retained Earnings    123,711.00 |
| | | Net Income    45,468.00 |
| **Total Equity** | | 169,179.00 |
| | | |
| **TOTAL LIABILITIES & EQUITY** | | **983,453.00** |