# EVANGEL INTERNATIONAL FOODS INC
## Profit & Loss
### January through December 2018

| | |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Sales | 472,021.00 |
|   **Total Income** | 472,021.00 |
|   **Cost of Goods Sold** | |
|     Freight & Other Costs | 40,809.00 |
|     Purchases | 210,552.00 |
|   **Total COGS** | 251,361.00 |
| **Gross Profit** | 220,660.00 |
|   **Expense** | |
|     Auto and Truck Expenses | 7,155.00 |
|     Bank Service Charges | 1,262.00 |
|     Contract Labor | 27,624.00 |
|     Equipment Rental | 1,154.00 |
|     Janitorial Expense | 3,520.00 |
|     Insurance | 16,745.00 |
|     Interest Expense | 18,500.00 |
|     Licenses and Permits | 1,650.00 |
|     Office Expenses | 3,320.00 |
|     **Professional Fees** | |
|       Consulting Fees | 3,872.00 |
|       Legal Fees | 661.00 |
|     **Total Professional Fees** | 4,533.00 |
|     Rent Expense | 38,480.00 |
|     Repairs and Maintenance | 10,134.00 |
|     **Supplies** | |
|       Office Supplies | 9,345.00 |
|       Supplies - Other | 0.00 |
|     **Total Supplies** | 9,345.00 |
|     **Taxes** | |
|       Prpoerty Tax | 14,263.00 |
|       Franchise | 0.00 |
|     **Total Taxes** | 14,263.00 |
|     Telephone Expense | 2,243.00 |
|     Travel Expense | 2,554.00 |
|     Utilities | 12,710.00 |
|   **Total Expense** | 175,192.00 |
| **Net Income** | 45,468.00 |