

ENTERED
03/03/2020

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| EVANGEL INTERNATIONAL FOODS, INC. | § | CASE NO: 20-31480 |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## ORDER SETTING HEARING

Hearing is set on the Emergency Motion for Authority to Use Cash Collateral (ECF No. 6) at 1:30 p.m. on March 5, 2020, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas. The movant shall serve a copy of this order on all affected parties or file and serve a hearing notice within 24 hours by mail service pursuant to LR 9013. Further, movant shall give electronic notice and additional telephone notice to any party with an interest in cash collateral. The Court advises debtor's counsel that future motions must strictly comply with LR 9013(i), which requires that any emergency motions must include a detailed statement why an emergency exists, the date relief is needed and must be certified for its accuracy by the party seeking the emergency relief or by its counsel[1]. The instant motion does not contain the date relief is needed to avoid the consequences and is not certified by the debtor or by its counsel. Future motions must comply with 9013(i). Failure to comply will result in denial, without prejudice.

SIGNED: 03/03/2020.

Jeffrey P. Norman
United States Bankruptcy Judge

---

[1] LR 9013(i): "The emergency motion must contain the word "Emergency" in the title of the motion. The motion must include a detailed statement why an emergency exists, and the date relief is needed to avoid the consequences of the emergency. The motion seeking an emergency hearing must be certified for its accuracy by the party seeking the emergency relief or by its counsel."