# UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| EVANGEL INTERNATIONAL FOODS, INC. | § § § | 20-31480 |
| | § | |
| DEBTOR | § | Chapter 11 |

## NOTICE OF HEARING

**You are hereby notified** that a hearing on the Debtor's Emergency Motion for Authority to Use Cash Collateral (Docket No. 6), is scheduled for **March 5, 2020 at 1:30 p.m.,** before the Honorable Bankruptcy Judge Jeffrey P. Norman, United States Bankruptcy Court, 515 Rusk Avenue, 4th Floor, Courtroom 403, Houston, Texas 77002.

Respectfully submitted,

  /s/ Margaret M. McClure
MARGARET M. MCCLURE
State Bar No. 00787997
909 Fannin, Suite 3810
Houston, Texas 77010
(713) 659-1333
(713) 658-0334 (fax)
margaret@mmmcclurelaw.com (e-mail)

ATTORNEY FOR DEBTOR



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/03/2020

IN RE: §
EVANGEL INTERNATIONAL FOODS, INC. § CASE NO: 20-31480
   Debtor(s) §
§ CHAPTER 11

## ORDER SETTING HEARING

Hearing is set on the Emergency Motion for Authority to Use Cash Collateral (ECF No. 6) at 1:30 p.m. on March 5, 2020, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas. The movant shall serve a copy of this order on all affected parties or file and serve a hearing notice within 24 hours by mail service pursuant to LR 9013. Further, movant shall give electronic notice and additional telephone notice to any party with an interest in cash collateral. The Court advises debtor's counsel that future motions must strictly comply with LR 9013(i), which requires that any emergency motions must include a detailed statement why an emergency exists, the date relief is needed and must be certified for its accuracy by the party seeking the emergency relief or by its counsel[1]. The instant motion does not contain the date relief is needed to avoid the consequences and is not certified by the debtor or by its counsel. Future motions must comply with 9013(i). Failure to comply will result in denial, without prejudice.

SIGNED: 03/03/2020.

_____
Jeffrey P. Norman
United States Bankruptcy Judge

---

[1] LR 9013(i): "The emergency motion must contain the word "Emergency" in the title of the motion. The motion must include a detailed statement why an emergency exists, and the date relief is needed to avoid the consequences of the emergency. The motion seeking an emergency hearing must be certified for its accuracy by the party seeking the emergency relief or by its counsel."

1 / 1

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was mailed electronically or mailed by first class mail, postage prepaid, or faxed this 3rd March, 2020 to the parties on the attached matrix.

                 /s/ Margaret M. McClure
                MARGARET M. MCCLURE

**20-31480** Evangel International Foods, Inc.
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Jeffrey P Norman
**Date filed:** 03/02/2020 **Date of last filing:** 03/03/2020

# Attorneys

**Margaret Maxwell McClure**
Attorney at Law
909 Fannin
Suite 3810
Houston, TX 77010
713-659-1333
713-658-0334 (fax)
margaret@mmmcclurelaw.com
 *Assigned: 03/02/2020*

representing

**Evangel International Foods, Inc.**
6001 Savoy Drive, Suite 302
Houston, TX 77036
*(Debtor)*

**Jayson B. Ruff**
Office of the United States Trustee
515 Rusk St.
Ste. 3516
Houston, TX 77002
713-718-4650
713-718-4670 (fax)
jayson.b.ruff@usdoj.gov
 *Assigned: 03/02/2020*
 *LEAD ATTORNEY*

representing

**US Trustee**
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002
713-718-4650
USTPRegion07.HU.ECF@USDOJ.GOV
*(U.S. Trustee)*

---

| PACER Service Center | |
|---|---|
| **Transaction Receipt** | |
| 03/03/2020 13:17:15 | |
| **PACER Login:** mm0211:2599286:0 | **Client Code:** |
| **Description:** Attorney List | **Search Criteria:** 20-31480 |
| **Billable Pages:** 1 | **Cost:** 0.10 |

```
Label Matrix for local noticing        Evangel International Foods, Inc.      4
0541-4                                 6001 Savoy Drive, Suite 302            United States Bankruptcy Court
Case 20-31480                          Houston, TX 77036-3322                 PO Box 61010
Southern District of Texas                                                    Houston, TX 77208-1010
Houston
Tue Mar  3 13:17:34 CST 2020

Harris County, et al                   Harris County, et al                   Lone Star Bank
c/o Mr. John P. Dillman                c/o Tax Assessor-Collector             2600 South Gessner Road, #100
P.O. Box 3064                          P.O. Box 4622                          Houston, TX 77063-3218
Houston, TX 77253-3064                 Houston, TX 77210-4622


Lone Star Bank c/o Kevin Pennell       Nnaemeka Odunze                        Pasadena ISD Tax Office
19 Briar Hollow Lane, Suite 110        6001 Savoy Drive, Suite 302            P.O. Box 1318
Houston, TX 77027-2826                 Houston, TX 77036-3322                 Pasadena, TX 77501-1318


US Trustee                             Margaret Maxwell McClure               End of Label Matrix
Office of the US Trustee               Attorney at Law                        Mailable recipients    10
515 Rusk Ave                           909 Fannin                             Bypassed recipients     0
Ste 3516                               Suite 3810                             Total                  10
Houston, TX 77002-2604                 Houston, TX 77010-1030
```