Fill in this information to identify the case:

Debtor Name  Evangel International Foods, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number: 20-31480

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     12/17

Month:  July 2020

Date report filed: 08/20/2020
MM / DD / YYYY

Line of business: Food Processing

NAISC code:  445110

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                         Nnaemeka Odunze

Original signature of responsible party

Printed name of responsible party       NNAEMEKA ODUNZE

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C             Monthly Operating Report for Small Business Under Chapter 11             page 1

Debtor Name  Evangel International Foods, Inc.                    Case number  20-31480

17. Have you paid any bills you owed before you filed bankruptcy?          ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                        $ 33,631.12

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections on
    receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                          $ 112,096.57

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                                        - $ 30,779.23

22. **Net cash flow**                                                            + $ 81,317.34

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                                = $ 114,948.46

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          IRS, Payroll Taxes                                $ 1,500.00

    *(Exhibit E)*

Debtor Name Evangel International Foods, Inc.     Case number 20-31480

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                      $ _____0.00_____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    2

27. What is the number of employees as of the date of this monthly report?       2

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?            $ ___0.00___

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ ___0.00___

30. How much have you paid this month in other professional fees?                $ ___0.00___

31. How much have you paid in total other professional fees since filing the case?   $ ___0.00___

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected | − | Column B<br>Actual | = | Column C<br>Difference |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 40,000.00 | − | $ 112,096.57 | = | $ 72,096.57 |
| 33. **Cash disbursements** | $ 25,000.00 | − | $ 30,779.23 | = | $ 5,779.23 |
| 34. **Net cash flow** | $ 15,000.00 | − | $ 81,317.34 | = | $ 66,317.34 |

35. Total projected cash receipts for the next month:                          $ 40,000.00

36. Total projected cash disbursements for the next month:                   − $ 25,000.00

37. Total projected net cash flow for the next month:                        = $ 15,000.00

CASE NAME: **Evangel International Foods, Inc.**
CASE NUMBER: 20-31480

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-1

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 2020 April | MONTH 2020 May | MONTH 2020 June | MONTH 2020 July | MONTH | MONTH | Six Months To Date |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $ 20,013.41 | $ 5,950.00 | $ 21,688.52 | $ 33,631.12 | | | $ 20,013.41 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | 40,897.30 | 62,381.94 | 52,806.70 | 19,096.57 | | | 175,182.51 |
| | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | |
| 4. LOANS & ADVANCES (attach list) | | | | 93,000.00 | | | 93,000.00 |
| | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | $ 40,897.30 | $ 62,381.94 | $ 52,806.70 | $ 112,096.57 | $ 0.00 | $ 0.00 | $ 268,182.51 |
| Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | 2,500.00 | 3,234.00 | 4,831.12 | 4,055.56 | | | 14,620.68 |
| 8. PAYROLL TAXES PAID | | 1,072.00 | | 1,541.76 | | | 2,613.76 |
| 9. SALES, USE & OTHER TAXES PAID | | | | 267.84 | | | 267.84 |
| 10. SECURED/RENTAL/LEASES | 1,620.00 | 3,240.00 | 3,240.00 | 1,620.00 | | | 9,720.00 |
| 11. UTILITIES & TELEPHONE | 976.92 | 515.48 | 1,724.00 | 661.34 | | | 3,877.74 |
| 12. INSURANCE | 746.88 | 569.88 | 569.88 | | | | 1,886.64 |
| 13. INVENTORY PURCHASES | 43,500.00 | 31,000.00 | 18,406.38 | 18,492.77 | | | 111,399.15 |
| 14. VEHICLE EXPENSES | 485.20 | 500.00 | | 162.28 | | | 1,147.48 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 949.63 | 1,640.00 | 4,714.89 | 752.00 | | | 8,056.52 |
| 17. ADMINISTRATIVE & SELLING | 2,632.08 | 3,619.07 | 4,605.83 | 1,425.68 | | | 12,282.66 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $ 53,410.71 | $ 44,318.43 | $ 39,164.10 | $ 28,979.23 | $ 0.00 | $ 0.00 | $ 165,872.47 |
| 19. PROFESSIONAL FEES | 1,550.00 | 2,000.00 | 1,700.00 | 1,800.00 | | | 7,050.00 |
| 20. U.S. TRUSTEE FEES | | 325.00 | | | | | 325.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | $ 54,960.71 | $ 46,643.43 | $ 40,864.10 | $ 30,779.23 | $ 0.00 | $ 0.00 | $ 173,247.47 |
| 22. NET CASH FLOW | (14,063.41) | 15,738.51 | 11,942.60 | 81,317.34 | 0.00 | 0.00 | 94,935.04 |
| 23. CASH - END OF MONTH (SMOR-2) | $ 5,950.00 | $ 21,688.51 | $ 33,631.12 | $ 114,948.46 | $ 0.00 | $ 0.00 | $ 114,948.45 |

**SBMOR-Exhibit B-1**

\* Applies to Individual debtors only
\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on SBMOR-Exhibit B-2

*Revised 01/31/2014*

**CASE NAME:** Evangel International Foods, Inc.

**CASE NUMBER:** 20-31480

SMALL BUSINESS MONTHLY OPERATING REPORT - EXHIBIT B-2

## CASH ACCOUNT RECONCILIATION
## MONTH OF July   2020

| BANK NAME | WELLS FARGO | | | WELLS FARGO | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # XXX 7927 | # | # | XXX 7556 | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BEGINNING BANK BALANCE | $ 27,631.06 | | | $ 6,000.06 | $ 33,631.12 |
| RECEIPTS | 112,096.57 | | | 94,000.34 | 206,096.91 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS | 124,779.23 | | | | 124,779.23 |
| ENDING BANK BALANCE | $ 14,948.40 | $ 0.00 | $ 0.00 | $ 100,000.40 | $ 114,948.80 |
| DEPOSITS IN TRANSIT | | | | | 0.00 |
| OUTSTANDING CHECKS | | | | | 0.00 |
| ADJUSTED BANK BALANCE | $ 14,948.40 | $ 0.00 | $ 0.00 | $ 100,000.40 | $ 114,948.80 |
| BEGINNING CASH - PER BOOKS* | $ 27,631.06 | | | $ 6,000.06 | $ 33,631.12 |
| RECEIPTS* | 112,096.57 | | | 94,000.34 | 206,096.91 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR  MFR-2 | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 124,779.23 | | | | 124,779.23 |
| ENDING CASH - PER BOOKS* | $ 14,948.40 | $ 0.00 | $ 0.00 | $ 100,000.40 | $ 114,948.80 |

**SBMOR-Exhibit B-2**

\* Numbers should balance (match) BEGINNING CASH, TOTAL RECEIPTS, TOTAL DISBURSEMENTS and ENDING CASH lines on SBMOR-Exhibit B-1. Copies of all bank statements should be attached.

*Revised 01/31/2014*

# Wells Fargo Business Choice Checking

July 31, 2020 ■ Page 1 of 6





EODCKCDTWB 014146

հղուՈլՈրելուՈրՈրՈրՈրՈրՈրՈրՈրՈրՈրՈրՈՈրՈ
EVANGEL INTERNATIONAL FOODS INC
DEBTOR IN POSSESSION
CH11 CASE # 20-31480(STX)
6001 SAVOY DR STE 302
HOUSTON TX 77036-3322

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ☐ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $27,631.06 |
| Deposits/Credits | 112,096.57 |
| Withdrawals/Debits | - 124,779.23 |
| **Ending balance on 7/31** | **$14,948.40** |
| | |
| Average ledger balance this period | $18,809.17 |

Account number: ███████7927

**EVANGEL INTERNATIONAL FOODS INC**
**DEBTOR IN POSSESSION**
**CH11 CASE # 20-31480(STX)**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■    Savings - 000005439867556

EODCKCDTWB 014146    NNNNNNNNNN NNN NNN 001 004 808 107547    21695087.3

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/1 | | Deposit Made In A Branch/Store | 614.65 | | |
| 7/1 | | Edeposit IN Branch/Store 07/01/20 03:28:37 Pm 8814 S Sepulveda Blvd Westchester CA | 350.00 | | |
| 7/1 | | Purchase authorized on 07/01 Buc-Ee's #31 Richmond TX P00580183443522417 Card 1246 | | 21.66 | 28,574.05 |
| 7/2 | | Deposit Made In A Branch/Store | 245.00 | | |
| 7/2 | | ATM Check Deposit on 07/02 9898 S Gessner Houston TX 0006478 ATM ID 6697B Card 1246 | 350.00 | | |
| 7/2 | | ATM Check Deposit on 07/02 9898 S Gessner Houston TX 0006479 ATM ID 6697B Card 1246 | 371.00 | | 29,540.05 |
| 7/3 | | Deposit | 2,900.00 | | |
| 7/3 | | Purchase authorized on 07/01 Restaurant Depot Houston TX S580183470785837 Card 1246 | | 246.12 | |
| 7/3 | | Online Transfer to Evangel International Foods Inc Business Market Rate Savings xxxxxx7556 Ref #Ib08FD7Bgx on 07/03/20 | | 1,000.00 | |
| 7/3 | 1030 | Cashed Check | | 1,617.00 | 29,576.93 |
| 7/6 | | Purchase authorized on 07/06 Buc-Ee's #31 Richmond TX P00300188427701471 Card 1246 | | 22.15 | |
| 7/6 | | Purchase authorized on 07/06 Mi Tienda #066 South Houston TX P00000000371540304 Card 1246 | | 22.34 | |
| 7/6 | 1032 | Cashed Check | | 509.10 | |
| 7/6 | 1070 | Check | | 300.00 | 28,723.34 |
| 7/7 | | Purchase authorized on 07/06 Two Rivers Fisheri Wickliffe KY S380188671590481 Card 1246 | | 2,100.00 | |
| 7/7 | 1071 | Check | | 60.00 | 26,563.34 |
| 7/8 | | Purchase authorized on 07/07 Honeywell Distribu Houston TX S460189543060016 Card 1246 | | 120.75 | 26,442.59 |
| 7/9 | | Purchase authorized on 07/07 Chef Mart Restaura Houston TX S380189560959290 Card 1246 | | 35.00 | 26,407.59 |
| 7/10 | | Purchase authorized on 07/09 Two Rivers Fisheri Wickliffe KY S460191744690652 Card 1246 | | 2,192.77 | |
| 7/10 | | Purchase authorized on 07/10 Buc-Ee's #31 Richmond TX P00580192521874239 Card 1246 | | 19.52 | |
| 7/10 | 1033 | Check | | 1,000.00 | 23,195.30 |
| 7/13 | | ATM Check Deposit on 07/11 8750 Highway 6 South Houston TX 0006347 ATM ID 4078N Card 1246 | 950.00 | | |
| 7/13 | | ATM Check Deposit on 07/11 8750 Highway 6 South Houston TX 0006348 ATM ID 4078N Card 1246 | 1,517.52 | | |
| 7/13 | | ATM Check Deposit on 07/11 8750 Highway 6 South Houston TX 0006349 ATM ID 4078N Card 1246 | 800.00 | | |
| 7/13 | | Purchase authorized on 07/10 Schc 713-5590570 TX S460192643954693 Card 1246 | | 366.65 | 26,096.17 |
| 7/14 | | Purchase authorized on 07/14 Buc-Ee's #31 Richmond TX P00460196527909801 Card 1246 | | 19.16 | 26,077.01 |
| 7/15 | | Business to Business ACH Debit - IRS Usataxpymt 071520 270059705634294 Evangel International | | 1,541.76 | |
| 7/15 | 1069 | Check | | 1,620.00 | 22,915.25 |
| 7/16 | | Purchase authorized on 07/15 Tara Energy 866-438-8272 TX S380197724317405 Card 1246 | | 661.34 | 22,253.91 |
| 7/20 | | Purchase authorized on 07/18 Buc-Ee's #31 Richmond TX P00300200555085887 Card 1246 | | 20.93 | |
| 7/20 | 1035 | Deposited OR Cashed Check | | 312.46 | |
| 7/20 | 1034 | Cashed Check | | 1,617.00 | |
| 7/20 | 1073 | Check | | 800.00 | 19,503.52 |
| 7/21 | | Sbad Treas 310 Misc Pay 072120 xxxxx3000 Rmt*CT*4672127802 200 41472 F8192********\ | 93,000.00 | | |
| 7/21 | | Wire Trans Svc Charge - Sequence: 200721121470 Srf# Ow00000874687999 Trn#200721121470 Rfb# Ow00000874687999 | | 30.00 | |

107548



**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|-----------|--------|
| 7/21 | | Wire Trans Svc Charge - Sequence: 200721152222 Srf# Ow00000874798453 Trn#200721152222 Rfb# Ow00000874798453 | | 30.00 | |
| 7/21 | | Online Transfer to Evangel International Foods Inc Business Market Rate Savings xxxxxx7556 Ref #Ib08J9T6Kd on 07/21/20 | | 93,000.00 | |
| 7/21 | | WT Fed#08595 First American Ban /Ftr/Bnf=B and C Seafood Srf# Ow00000874687999 Trn#200721121470 Rfb# Ow00000874687999 | | 8,200.00 | |
| 7/21 | | WT Fed#00978 First American Ban /Ftr/Bnf=B and C Seafood Srf# Ow00000874798453 Trn#200721152222 Rfb# Ow00000874798453 | | 1,000.00 | 10,243.52 |
| 7/22 | | Wire Trans Svc Charge - Sequence: 200722060938 Srf# Ow00000875800503 Trn#200722060938 Rfb# Ow00000875800503 | | 30.00 | |
| 7/22 | | Purchase authorized on 07/22 Buc-Ee's #31 Richmond TX P00380204448557646 Card 1246 | | 19.01 | |
| 7/22 | | WT Fed#00366 Jpmorgan Chase Ban /Ftr/Bnf=L A Fish Srf# Ow00000875800503 Trn#200722060938 Rfb# Ow00000875800503 | | 5,000.00 | |
| 7/22 | | Purchase authorized on 07/22 The Home Depot #0565 Pasadena TX P00300204674648014 Card 1246 | | 193.94 | 5,000.57 |
| 7/23 | < | Business to Business ACH Debit - Txworkforcecomm Debit 200722 (512)463-2325 Twc-184334569 | | 267.84 | |
| 7/23 | 1074 | Check | | 300.00 | 4,432.73 |
| 7/24 | | Edeposit IN Branch/Store 07/24/20 01:05:15 Pm 19900 Ventura Blvd Woodland Hills CA | 240.00 | | |
| 7/24 | | Purchase authorized on 07/22 Chef Mart Restaura Houston TX S460204758846731 Card 1246 | | 35.00 | |
| 7/24 | | Purchase authorized on 07/23 Fedex Offic6480000 Pasadena TX S380205724534625 Card 1246 | | 14.08 | 4,623.65 |
| 7/27 | | Edeposit IN Branch/Store 07/27/20 04:15:41 Pm 1244 E 8th St Los Angeles CA | 1,000.00 | | |
| 7/27 | | Purchase authorized on 07/27 Handi Stop #33 Richmond TX P00000000372350280 Card 1246 | | 24.30 | 5,599.35 |
| 7/28 | | Edeposit IN Branch/Store 07/28/20 01:44:40 Pm 8448 Abrams Rd Dallas TX | 270.00 | | 5,869.35 |
| 7/29 | | Edeposit IN Branch/Store 07/29/20 09:33:58 Am 11305 S Crenshaw Blvd Inglewood CA | 520.00 | | |
| 7/29 | | Purchase authorized on 07/28 Schc 713-5590570 TX S300210522462207 Card 1246 | | 391.80 | |
| 7/29 | | Purchase authorized on 07/29 Handi Stop #33 Richmond TX P00000000479813029 Card 1246 | | 15.55 | 5,982.00 |
| 7/30 | | Deposit Made In A Branch/Store | 1,995.00 | | |
| 7/30 | | Edeposit IN Branch/Store 07/30/20 02:56:56 Pm 19767 Rinaldi St Northridge CA | 983.40 | | 8,960.40 |
| 7/31 | | Edeposit IN Branch/Store 07/31/20 11:07:26 Am 19213 Golden Valley Rd Santa Clarita CA | 260.00 | | |
| 7/31 | | Edeposit IN Branch/Store 07/31/20 01:52:03 Pm 4200 Spencer Hwy Pasadena TX 7927 | 5,460.00 | | |
| 7/31 | | Deposit Made In A Branch/Store | 270.00 | | |
| 7/31 | | Monthly Check Return/Image Stmt Fee | | 2.00 | 14,948.40 |
| **Ending balance on 7/31** | | | | | 14,948.40 |
| **Totals** | | | **$112,096.57** | **$124,779.23** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**WELLS FARGO**

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1030 | 7/3 | 1,617.00 | 1035 | 7/20 | 312.46 | 1071 | 7/7 | 60.00 |
| 1032 * | 7/6 | 509.10 | 1069 * | 7/15 | 1,620.00 | 1073 * | 7/20 | 800.00 |
| 1033 | 7/10 | 1,000.00 | 1070 | 7/6 | 300.00 | 1074 | 7/23 | 300.00 |
| 1034 | 7/20 | 1,617.00 | | | | | | |

\* Gap in check sequence.

### Items returned unpaid

| Date | Description | Amount |
|------|-------------|--------|
| 7/8 | Capital One Auto Carpay 006206178420894 Theresa Ikeanyionwu Reference # 051405514515809 | 500.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2020 - 07/31/2020 | Standard monthly service fee $14.00 | | You paid $0.00 | |
|---|---|---|---|---|
| **How to avoid the monthly service fee** | **Minimum required** | | **This fee period** | |
| Have any **ONE** of the following account requirements | | | | |
| • Average ledger balance | $7,500.00 | | $18,809.00 | ☑ |
| • A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | | 0 | ☐ |
| • Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | | 20 | ☑ |
| • Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | | 0 | ☐ |
| • Combined balances in linked accounts, which may include | $10,000.00 | | | ☑ |
|   - Average ledger balances in business checking, savings, and time accounts | | | | |
|   - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | | | |
|   - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 10 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | | | |

wx/wx

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 800 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 48 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



**WELLS FARGO**

## ✔ IMPORTANT ACCOUNT INFORMATION

Effective 05/22/2020, the Night Depository Agreement was amended to include: "Deposits placed into the night depository are considered received by us when the bag is removed from the night depository and is available to us for processing. We will credit the deposit to your account no later than the next business day."

No action is required on your part and there is no impact to the current night depository deposit process.

**WELLS FARGO**

## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your
register or transfers into          $ _____
your account which are not       $ _____
shown on your statement.       + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . − $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

**Total amount** $ _____

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



**WELLS FARGO**

Online banking customers can view and print check images that have cleared since their last statement.

## Check Images







| | |
|---|---|
| REF#1245650777 CK# 1030 1617.00 | REF#1245651375 CK# 1032 509.10 |





| | |
|---|---|
| REF#8783855564 CK# 1033 1000.00 | REF#8049579714 CK# 1034 1617.00 |



| | |
|---|---|
| REF#1241041584 CK# 1035 312.46 | REF#8587051633 CK# 1069 1620.00 |



| | |
|---|---|
| REF#8684700224 CK# 1070 300.00 | REF#8488625207 CK# 1071 60.00 |

| | |
|---|---|
| REF#8880961470 CK# 1073 800.00 | REF#8185692733 CK# 1074 300.00 |

EODCKDTWB 014146  NNNNNNNNNN NNN NNN 004 004 B0B 107553  21695067.3

# Business Market Rate Savings

July 31, 2020 ■ Page 1 of 3


WELLS FARGO

0011675     01 AV 0.389 **AUTO T2 0 5587 77036-332277  -C01-P11686-I

EVANGEL INTERNATIONAL FOODS INC
DEBTOR IN POSSESSION
CH11 CASE # 20-31480(STX)
6001 SAVOY DR STE 302
HOUSTON TX 77036-3322

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $6,000.06 |
| Deposits/Credits | 94,000.34 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 7/31** | **$100,000.40** |
| Average ledger balance this period | $39,935.54 |

Account number: 7556

**EVANGEL INTERNATIONAL FOODS INC**
**DEBTOR IN POSSESSION**
**CH11 CASE # 20-31480(STX)**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.34 |
| Average collected balance | $39,935.54 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.34 |
| Interest paid this year | $0.40 |



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|---------------------|
| 7/3 | Online Transfer From Evangel International Foods Inc Business Checking xxxxxx7927 Ref #Ib08FD78gx on 07/03/20 | 1,000.00 | | 7,000.06 |
| 7/21 | Online Transfer From Evangel International Foods Inc Business Checking xxxxxx7927 Ref #Ib08J9T6Kd on 07/21/20 | 93,000.00 | | 100,000.06 |
| 7/31 | Interest Payment | 0.34 | | 100,000.40 |
| **Ending balance on 7/31** | | | | **100,000.40** |
| **Totals** | | **$94,000.34** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2020 - 07/31/2020 | Standard monthly service fee $6.00 | You paid $0.00 |
|-----------------------------------|-----------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $39,936.00 ☑ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

 **IMPORTANT ACCOUNT INFORMATION**

Effective 05/22/2020, the Night Depository Agreement was amended to include: "Deposits placed into the night depository are considered received by us when the bag is removed from the night depository and is available to us for processing. We will credit the deposit to your account no later than the next business day."

No action is required on your part and there is no impact to the current night depository deposit process.



5587-01-00-0011675-0001-0025563



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement ....................... $ _____

**ADD**

**B.** Any deposits listed in your                    $ _____
register or transfers into                            $ _____
your account which are not                            $ _____
shown on your statement.                          + $ _____

........................................... **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

........................................... **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above ............. - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register ........................... $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | Total amount $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801